PROB 12B  
(7/93)

Report Date: July 14, 2009

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 15 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Angela Barrickman              Case Number: 2:08CR06019-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 12/16/2008            Type of Supervision: Supervised Release

Original Offense: Retaliation Against a Witness, 18    Date Supervision Commenced: 12/16/2008
U.S.C. § 1513(e)

Original Sentence: Prison - 1 Months; TSR - 24    Date Supervision Expires: 12/15/2010
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

15   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

On July 10, 2009, Ms. Barrickman was required to submit to one of the three urine drug tests required by Congressional mandate. Ms. Barrickman reported to the office at 10:00 a.m., but was unable to provide a urine sample. The defendant was told to return no later than 4:00 p.m. and provide a urine sample. Ms. Barrickman returned at 3:50 p.m. and was unable or unwilling to submit to drug testing. Ms. Barrickman denies any illicit drug usage.

The recommended condition will allow this office to test the defendant on a consistent time frame and will allow Ms. Barrickman to prove she is not abusing drugs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  _____

_____
Curtis G. Hare
U.S. Probation Officer

Prob 12B
Re:  Barrickman, Angela
July 14, 2009
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

_____
Date  July 15 2009